USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/10/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

DIANE MODROWSKI,                          :

                    Plaintiff,            :

            - against -                   :

JEWISH CHILD CARE ASSOCIATION             :
and SANDY SHAPIRO MALKIN,
                                          :
                    Defendants.
                                          :
- - - - - - - - - - - - - - - - - - -x

**ORDER**

09 Civ. 3002 (DC)

**CHIN, District Judge**

            Plaintiff commenced this action on March 27, 2009 by
filing a complaint, at which time a summons was issued.  More
than 120 days have elapsed since the action was commenced, and
plaintiff has failed to file an affidavit of service with the
Court attesting to service of the summons and complaint on the
defendants.  Accordingly, this action will be dismissed without
prejudice unless plaintiff, within thirty days from the date of
this order, that is, on or before September 10, 2009 either (1)
files proof of service with the Clerk of the Court, or (2) shows
cause in writing why a further extension of the time limit for
service is warranted.  See Fed. R. Civ. P. 4(m).

            SO ORDERED.

Dated:    New York, New York
          August 10, 2009

                                    _____
                                    DENNY CHIN
                                    United States District Judge